```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

```
MICHELLE K. RAWLS,              :
                                :
     Plaintiff,                 :
                                :
v.                              :       CIVIL ACTION 04-0276-M
                                :
JO ANNE B. BARNHART,            :
                                :
     Defendant.                 :
```

### JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Michaelle K. Rawls.

DONE this 20th day of May, 2005.

                                        s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE